THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS CASTILLO FERNANDEZ | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00132 |
| | § | (Hon. Rolando Olvera) |
| CARLOS EMILIO GUTIERREZ AND | § | |
| SGS INDUSTRIAL SERVICES, INC. | § | |
| *Defendants* | § | |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

COMES SANTOS CASTILLO FERNANDEZ, Plaintiff in the above-styled and numbered cause and hereby certifies that, as of the filing of this certificate, the following person or entities have a financial interest in the outcome of this litigation:

1. Santos Castillo Fernandez
   c/o Derek Salinas
   Cesar Palma
   Derek Salinas
   Gerardo L. Garcia, Jr.
   Tijerina Legal Group, P.C.
   1200 S. 2nd St., Suite 4A
   McAllen, Texas 78501
   Telephone: 956-777-7000
   *Plaintiff*

2. SGS Industrial Services, Inc.
   c/o John A. Guerra
   Amanda e. Carollo
   Brock Guerra Strandmo Dimaline Jones, P.C.
   17339 Redland Road
   San Antonio, Texas 78247
   Telephone: 210-979-0100
   *Defendant*

3. Carlos Emilio Gutierrez
   108 Upton Street
   Lexington, NC 27295
   *Defendant*

1

4. Juan M. Garcia, MD
   Ricardo Mendez, PA
   First Choice Injury & Clinic
   1900 N. Expressway 77, Ste B-2
   Brownsville, Texas 78521
   Telephone: 956-758-1590
   *Medical Provider*

5. William R. Martin M.D.
   Upper Valley Interventional Radiology
   905 E. Esperanza Ave.
   McAllen, Texas 78501
   Telephone: 956-631-0124
   *Medical Provider*

6. Texas Neuropsychology Group
   12800 Preston Rd., Ste. 200
   Dallas, Texas 75230
   Telephone: 956-322-9793
   *Medical Provider*

7. Dr. Noah Godwin, MD
   Dynamic Pain Management
   6801 McPherson Rd., Suite 111
   Laredo, Texas 78041
   Telephone: 956- 627-5991
   *Medical Provider*

8. Mengar Pain Management
   1900 N. Expressway Ste B-2
   Brownsville, Texas 78520
   Telephone: 956-758-1590
   *Medical Provider*

9. Northgate Open MRI
   8801 N. 10th Street
   McAllen, Texas 78504
   Telephone: 956-668-8282
   *Medical Provider*

10. Capital Brain and Spine
    4319 James Casey Street, Suite 100
    Austin, Texas 78745
    Telephone: 956-607-3389
    *Medical Provider*

11. Aldo Cobos
    San Juan Drug
    1205 N. Raul Longoria Rd., Ste. F
    San Juan, Texas 78589
    Telephone: 956-961-4870
    *Medical Provider*

          Respectfully submitted,

          **TIJERINA LEGAL GROUP, P.C.**
          1200 S. 2nd St., Suite 4A
          McAllen, Texas 78501
          Telephone No. (956) 777-7000
          Facsimile No.  (956) 972-0144
          E-Mail: TijerinaLit@tlegalgroup.com

By: _____
DEREK I. SALINAS
State Bar No. 24093098
Federal No. 2554325
GERARDO GARCIA
State Bar No. 24123059
Federal No. 3713081

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Derek I. Salinas, hereby certify that on this the 22nd day of September, 2023, a true and correct copy of the foregoing instrument was served to the following counsel of record, in accordance with the Federal Rules of Civil Procedure, to-wit:

EMAIL: jguerra@brock.law
EMAIL: acarollo@brock.law
John A. Guerra
Amanda E. Carollo
BROCK GUERRA STRANDMO DIMALINE JONES, P.C.
17339 Redland Road
San Antonio, Texas 78247

Derek I. Salinas