

*Law Office of*
*Reynaldo Ortiz, L.P.*

REYNALDO ORTIZ†*

ANGELA MIA VILLARREAL

†BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW

TEXAS BOARD OF LEGAL SPECIALIZATION
*ALSO LICENSED IN COLORADO

May 14, 2024

Honorable Judge Rolando Olvera
United States District Court
Southern District of Texas
Brownsville Division

    Re:    Mediator's Report to the Court of Settlement
            Civil Docket for Case #: 1:23-CV-000132
            In the United States District Court
            Southern District of Texas-Brownsville Division

Dear Judge Olvera:

    With regard to the above referenced matter, on May 13, 2024 the parties and/or their counsel appeared in person at the Law Office of Reynaldo Ortiz, L. P. for mediation in an attempt to resolve the issues arising in this litigation.

    **I am happy to report that the mediation was successful and the case settled.**

    I appreciate your having provided me with the opportunity to serve as mediator in this case. Please let me know when I may be of further service to the court.

Very truly yours,

*/s/ Reynaldo Ortiz*

Reynaldo Ortiz,-Attorney-Mediator

RO:rsp

cc: All Counsel of Record

*1305 East Nolana Loop, Suite F, McAllen, Texas 78504  (956) 687-4567  Fax (956) 631-1384*