United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SANTOS CASTILLO FERNANDEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00132 |
| | § | |
| CARLOS EMILIO GUTIERREZ, ET | § | |
| AL., | § | |
| Defendants. | § | |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 22) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved. *See* Dkt. No. 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on  June 4, 2024.

Rolando Olvera
United States District Judge

1 / 1